IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RAY FRANK BALL, #224928, )<br>)<br>  Petitioner, )<br>)<br>v. )<br>)<br>RICHARD ALLEN, et al., )<br>)<br>  Respondents. ) | CIVIL ACTION NO. 2:06cv1139-MHT<br>(WO) |

**<u>ORDER</u>**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on January 12, 2007 (doc. no. 4), said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that this case is TRANSFERRED to the United States District Court for the Southern District of Alabama pursuant to the provisions of 28 U.S.C. § 2241(d).

Done this the 30th day of January, 2007.

                  /s/ Myron H. Thompson            
UNITED STATES DISTRICT JUDGE