IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

RAY FRANK BALL,                         :

    Petitioner,                     :

v.                                      :        CIVIL ACTION 07-0077-CB-M

JERRY FERRELL,                          :

    Respondent.                     :

ORDER

After due and proper consideration of all pleadings in this file, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that this action be DISMISSED WITHOUT PREJUDICE so that Petitioner may exhaust his State Court claims.[1]

DONE this 26th day of June, 2007.

                            s/Charles R. Butler, Jr.
                            CHARLES R. BUTLER, JR.
                            SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Petitioner filed a mixed petition of exhausted and unexhausted claims. He was informed in the Report and Recommendation that his petition would be dismissed without prejudice to allow him an opportunity to exhaust all claims *unless* he informed the Court by June 22, 2007 that he wished to dismiss the unexhausted claims and proceed only on the exhausted claim. Petitioner objected to the Report & Recommendation but did not avail himself of the option of proceeding only on the exhausted claim.